UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

ALLAN GUTIERREZ,
And other similarly situated individuals,

      Plaintiff,

vs.

UNIVERSITY OF MIAMI d/b/a
UNIVERSITY OF MIAMI HOSPITAL,

      Defendant.
_____/

**DEFENDANT'S NOTICE OF REMOVAL OF ACTION**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA:

      The University of Miami ("Defendant"), by and through undersigned counsel, hereby gives notice of removal of an action pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, styled *Allan Gutierrez v. University of Miami d/b/a University of Miami Hospital.*, Case No. 2014-8563-CA-01, to the United States District Court for the Southern District of Florida being the district and division within which that action is presently pending.  As grounds for removal, Defendant states as follows:

      1.    This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441(a), 1441(c) and 1446(a).

      2.    Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit "A" are copies of Plaintiff's Complaint and all state court process, pleadings, and orders served upon Defendant in the state court civil action.

1

3. Plaintiff served the Complaint on Defendant, through its registered agent, on or about April 9, 2014.  In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt by Defendant of a copy of Plaintiff's Complaint.

4. Removal is proper when a federal court has original jurisdiction over a case filed in state court. 28 U.S.C. §§ 1441(a). Removal is expressly permitted where there is a joinder of federal and state law claims. *See* 28 U.S.C. § 1441(c). Specifically, a civil action filed in state court may be removed to federal court when the action includes "a claim arising under the Constitution, laws, or treaties of the United States." *Id*. This federal question jurisdiction is triggered where a federal question is presented on the face of a plaintiff's complaint. *See, e.g., Kemp v. Int'l Bus. Machines Corp.*, 109 F.3d 708, 712 (11th Cir. 1997).

5. Plaintiff's Complaint alleges violations of the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et. seq.* ("FLSA")—a law of the United States.  Plaintiff, who performed work for Defendant, alleges that Defendant failed to pay wages and terminated Plaintiff's employment in violation of the FLSA after he purportedly complained about unpaid wages.

6. In the Complaint, Plaintiff seeks relief based upon a claim arising under federal law.  Accordingly, this Court would have original jurisdiction of this case under 28 U.S.C. § 1331 and this case is removable from state court pursuant to 28 U.S.C. § 1441(c).

7. Copies of this Notice of Removal and a separate state court Notice of Removal have been filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit and served on Plaintiff's counsel.

**WHEREFORE**, Defendant University of Miami gives notice that the above-styled case now pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida is removed to this Court.

        Respectfully submitted,

        STEARNS WEAVER MILLER WEISSLER
        ALHADEFF & SITTERSON, P.A.
        Museum Tower, Suite 2200
        150 West Flagler Street
        Miami, Florida 33130
        Telephone: 305-789-3200
        Facsimile: 305-789-3395
        *Attorneys for Defendants*

        s/ Jorge Freddy Perera
        ROBERT T. KOFMAN
        Florida Bar No. 335266
        rkofman@stearnsweaver.com
        JORGE FREDDY PERERA
        Fla. Bar No. 93625
        fperera@stearnsweaver.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF on this 8th day of May, 2014, on all counsel or parties of record on the Service List below.

        s/ Jorge Freddy Perera
        Jorge Freddy Perera

## SERVICE LIST

Jason S. Remer Esq.
Fla Bar No: 165580
jremer@rgpattorneys.com
Brody M. Shulman, Esq.
Fla Bar No: 92044
bshulman@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: 305-416-5000
Facsimile: 305-416-5005
Attorneys for Plaintiffs

#3472789 v1

3